No. 97–9335.  ANDRADE *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 97–9343.  HERNANDEZ *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 97–9388.  FROHWIRTH *v.* COOKE, WARDEN.  C. A. 7th Cir.
Certiorari denied.

No. 97–1144.  UNITED STATES *v.* OOLEY.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis*
granted.  Certiorari denied.

No. 97–1630.  MELENDEZ *v.* METROPOLITAN LIFE INSURANCE
Co.  C. A. 2d Cir.  Motion of Citizen Action of New York et al.
for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 97–1773.  THEIS RESEARCH, INC. *v.* OCTEL COMMUNICATIONS CORP. ET AL.  C. A. Fed. Cir.  Motion of Intellectual Property Creators et al. for leave to file a brief as *amici curiae* granted.
Certiorari denied.

No. 97–8837.  COOPER *v.* CALDERON, WARDEN.  C. A. 9th Cir.
Certiorari before judgment denied.

No. 97–1494.  GREB ET AL. *v.* GENERAL MOTORS CORP., 523
U. S. 1077;

No. 97–1533.  MCDUFFIE, DBA D & M CONTRACTING CO. *v.*
FIRST UNION NATIONAL BANK, 523 U. S. 1120;

No. 97–1540.  WALKER *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL., 523 U. S. 1120;

No. 97–7568.  SHAW *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 523 U. S.
1027;

No. 97–7841.  IN RE ROBINSON, 523 U. S. 1071;

No. 97–8141.  CUTHBERT *v.* DISTRICT COURT OF APPEAL OF
FLORIDA, FIFTH DISTRICT, ET AL., 523 U. S. 1109; and

No. 97–8525.  IN RE WASHINGTON, *ante*, p. 903.  Petitions for
rehearing denied.

No. 97–885.  ENGELHART ET AL. *v.* CONSOLIDATED RAIL CORPORATION ET AL., 522 U. S. 1147; and